# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151082-3 & (32)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC:  151082
                                              COA:  324680
                                              Wayne CC:  14-008080-FH

CARLA SLEDGE,
             Defendant-Appellee,
and

DETROIT FREE PRESS, INC.,
             Intervenor-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC:  151083
                                              COA:  324681
                                              Wayne CC:  14-008080-FH

STEVEN COLLINS,
             Defendant-Appellee,
and

DETROIT FREE PRESS, INC.,
              Intervenor-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 4, 2014 orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the orders of the Court of Appeals and we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2015



Clerk

s0324